UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                            Hon. Janet T. Neff

                            Case No. 1:19-cr-00244

CHARLES EDWARD SKIPP,

    Defendant.
_____/

## **ORDER**

Defendant appeared before me on November 17, 2019, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 15, 2019.


                                                        /s/ Phillip J. Green
                                                     PHILLIP J. GREEN
                                                     United States Magistrate Judge